**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7820**

———————

LEROY A. MINER,

Plaintiff - Appellant,

versus

TRANSCORE EXTRADITION; TRANSCORE EXTRADITION
CEO/PRESIDENT/OWNER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-98-3716-AW)

———————

Submitted:  March 11, 1999          Decided:  March 16, 1999

———————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Leroy A. Miner, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy Miner appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Miner v. Transcore Extradition, No. CA-98-3716-AW (D. Md. Nov. 19, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2